UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ELEV8 BALTIMORE, INC., *et al.*, <br>              *Plaintiffs*, <br><br> v. <br><br> CORPORATION FOR NATIONAL AND COMMUNITY SERVICE, *operating as* AMERICORPS, *et al.*, <br>              *Defendants*. | Civil Action No. 1:25-cv-01458 (MJM) |

### PLAINTIFFS' MOTION TO PERMIT DOE PLAINTIFFS TO PROCEED UNDER PSEUDONYMS, AND TO OMIT DOE PLAINTIFFS' ADDRESSES FROM CAPTION

J. Doe 1, 2, and 3 ("Doe Plaintiffs"), who are former AmeriCorps Participants, respectfully move to proceed under pseudonyms and omit their addresses from the case caption because the release of this information expose them to a significant risk of harm, and because proceeding anonymously will not significantly burden the Defendants or other parties.

WHEREFORE, Plaintiffs request that the Court receive the attached memorandum of law and allow Doe Plaintiffs to proceed under pseudonyms and omit their addresses from the caption, as set forth in the attached proposed Order.

Dated: May 7, 2025                                   Respectfully submitted,

| | |
|---|---|
| */s/ Norman L. Eisen* | */s/ Abbe David Lowell* |
| Norman L. Eisen [Bar No. 09460] | Abbe David Lowell [Bar No. 11863] |
| Tianna J. Mays [Bar No. 21597] | Brenna L. Frey* |
| Pooja Chaudhuri* | **LOWELL & ASSOCIATES, PLLC** |
| Sofia Fernandez Gold* | 1250 H St. NW |
| Joshua Kolb* | Second Floor |
| **DEMOCRACY DEFENDERS FUND** | Washington, D.C. 20005 |
| 600 Pennsylvania Ave. SE | (202) 964-6110 |
| Suite 15180 | ALowellpublicoutreach@lowellandassociates.com |
| Washington, DC 20003 | BFrey@lowellandassociates.com |
| Tel: (202) 594-9958 | *Attorneys for All Plaintiffs* |
| Norman@statedemocracydefenders.org | |
| Tianna@statedemocracydefenders.org | |
| Pooja@statedemocracydefenders.org | */s/ Elena S. Goldstein* |
| Sofia@statedemocracydefenders.org | Elena S. Goldstein* |
| Joshua@statedemocracydefenders.org | Skye Perryman* |
| *Attorneys for All Plaintiffs* | **DEMOCRACY FORWARD FOUNDATION** |
| | P.O. Box 34553 |
| */s/ Teague P. Paterson* | Washington, D.C. 20043 |
| Teague P. Paterson* | Tel: (202) 448-9090 |
| Matthew S. Blumin* | Fax: (202) 796-4426 |
| Georgina C. Yeomans* | egoldstein@democracyforward.org |
| **AMERICAN FEDERATION OF STATE, COUNTY, AND MUNICIPAL EMPLOYEES, AFL-CIO** | sperryman@democracyforward.org |
| | *Attorneys for All Plaintiffs* |
| 1625 L. Street NW | |
| Washington, DC 20036 | |
| Tel: (202) 775-5900 | |
| Fax: (202) 429-1293 | |
| TPaterson@afscme.org | |
| MBlumin@afscme.org | |
| GYeomans@afscme.org | |
| *Attorneys for AMERICORPS EMPLOYEES UNION, Local 2027 of the American Federation of State, County, and Municipal Employees, AFL-CIO* | |

\* Application for admission or admission pro hac vice forthcoming.