UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ELEV8 BALTIMORE, INC., *et al.*,<br>    *Plaintiffs*,<br><br>       v.<br><br>CORPORATION FOR NATIONAL AND COMMUNITY SERVICE, *operating as* AMERICORPS, *et al.*,<br>    *Defendants*. | Civil Action No. 1:25-cv-01458 (MJM) |

### [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion to Permit Doe Plaintiffs to Proceed Under Pseudonyms, and to Omit Doe Plaintiffs' Addresses from Caption, and its accompanying memorandum, it is hereby

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that the Doe Plaintiffs may proceed using pseudonyms and omit their addresses from the caption until such time as the Court orders otherwise or the Parties agree.

**SO ORDERED** this _____ of May 2025.

_____
United States District Judge