UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

*Elev8 Baltimore, Inc., et al.*
                *Plaintiff(s)*

                                  *vs.*                   Case No: 1:25-cv-01458-MJM

*Corporation for National and Community Service, operating as Americorps, et al.*
                *Defendant(s)*

## DECLARATION OF SERVICE

I, Vincent Piazza, a Private Process Server, depose and say:

That I have been duly authorized to make service of the Summons, Civil Cover Sheet, and Complaint in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 5/09/2025 at 2:33 PM, I served Kelly O. Hayes, U.S. Attorney for the District of Maryland at 36 South Charles Street, 4th Floor, Baltimore, Maryland 21201 with the Summons, Civil Cover Sheet, and Complaint by serving Shelly Robinson, Process Clerk, authorized to accept service.

Shelly Robinson is described herein as:

| Gender: | Female | Ethnicity: | Black | Age: | 30 | Weight: | 170 | Height: | 5'4" | Hair: | Blonde |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 05/09/2025

*Vincent Piazza*

*Client Ref Number:*
*Job #:13260884*

*Capitol Process Services, Inc. | 7500 Greenway Center Drive, Suite 420, Greenbelt, Maryland 20770 | (202) 667-0050*