UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ELEV8 BALTIMORE, INC., *et al.*,<br>          *Plaintiffs*,<br><br>          v.<br><br>CORPORATION FOR NATIONAL AND COMMUNITY SERVICE, *operating as* AMERICORPS, *et al.*,<br>          *Defendants*. | Civil Action No. 1:25-cv-01458 (MJM) |

## **[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion for Leave to File Memorandum of Law in Excess of 30 Pages, it is hereby

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that Plaintiffs may file a memorandum of law not to exceed 45 pages in support of their Motion for Preliminary Injunction, and Defendants may file a memorandum of law not to exceed 45 pages in support of their Opposition to Plaintiffs' Motion for Preliminary Injunction.

**SO ORDERED** this _____ of May 2025.

_____
United States District Judge