IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ELEV8 BALTIMORE, INC., et al.<br>    *Plaintiffs*,<br><br>  v.<br><br>CORPORATION FOR NATIONAL AND COMMUNITY SERVICE, *operating as* AMERICORPS, et al.<br><br>    *Defendants*. | Case No. 1:25-cv-01458-MJM |

**ORDER GRANTING CONSENT MOTION FOR EXPEDITED BRIEFING AND SCHEDULING OF A HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Upon consideration of the Consent Motion for Expedited Briefing and Scheduling of a Hearing on Plaintiffs' Motion for Preliminary Injunction, the motion is hereby GRANTED. The Court ORDERS all parties to submit briefing on the following expedited schedule:

1. Defendants shall file any response to Plaintiffs' Motion for Preliminary Injunction on or before **Friday May 30, 2025**; and

2. Plaintiffs shall file any reply in support of their Motion for Preliminary Injunction on or before **Friday, June 6, 2025.**

**SO ORDERED.**

Dated:  5/27/25            /S/
                     MATTHEW J. MADDOX
                     United States District Judge