UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ELEV8 BALTIMORE, INC., *et al.*, <br>            *Plaintiffs*, <br><br> v. <br><br> CORPORATION FOR NATIONAL AND COMMUNITY SERVICE, *operating as* AMERICORPS, *et al.*, <br>            *Defendants*. | Civil Action No. 1:25-cv-01458 (MJM) |

## ORDER

Upon consideration of Plaintiffs' Consent Motion for Scheduling of a Hearing on Plaintiffs' Motion for Preliminary Injunction, the motion is hereby GRANTED.

The Court **ORDERS** that a hearing on Plaintiffs' Motion for Preliminary Injunction will be held on **June** 18 **, 2025.** at 10:00 am in Courtroom 5C.

**SO ORDERED** this 29th of May 2025.

Dated: 5/29/25

/S/
MATTHEW J. MADDOX
United States District Judge