# Exhibit 1

**From:** AmeriCorpsAwardAction <AmeriCorpsAwardAction@americorps.gov>
**Sent:** Friday, April 25, 2025 6:02 PM
**To:** jenny@micollegeaccess.org <jenny@micollegeaccess.org>
**Cc:** AmeriCorpsAwardAction <AmeriCorpsAwardAction@americorps.gov>
**Subject:** Termination Notice of AmeriCorps Award

Jennifer Mcardle

Michigan College Access Network

200 N Washington Sq

Ste 420

Lansing

MI, 48933

RE:

24VSCMI004

24VS273756

Dear AmeriCorps Award Recipient:

Effective immediately, the above-referenced AmeriCorps award is being terminated per 2 CFR 200.340(a)(4) because it has been determined that your award no longer effectuates agency priorities. You must immediately cease all award activities. This is a final agency action and is not administratively appealable.

The provisions at [2 CFR 200.343 – Effects of Suspension and Termination](#) apply. This process ensures the equitable settlement of costs, proper disposition of government property, and mitigation of negative impacts on stakeholders. AmeriCorps staff will initiate an amendment to change the end date of the period of performance effective immediately.

Please immediately notify subrecipients and/or community partners, if applicable, and initiate your internal termination and closeout procedures.

Please review [Closeout Instructions for Grantees](#) to close out this Federal award within 120 days.  Please note, there are some close-out actions that indicate that you must submit information to your portfolio manager. Instead of submitting to those individuals, you must instead submit to the following regional mailboxes:

- [MidAtlantic@americorps.gov](mailto:MidAtlantic@americorps.gov) (DC, DE, MD, NJ, PA, PR, VA, VI, WV)
- [Midwest@americorps.gov](mailto:Midwest@americorps.gov) (IL, IN, KY, MI, OH)
- [Mountain@americorps.gov](mailto:Mountain@americorps.gov) (AZ, CO, ID, MT, NM, UT, WY)
- [NorthCentral@americorps.gov](mailto:NorthCentral@americorps.gov) (IA, MN, WI, ND, SD, NE, KS, MO)
- [Northeast@americorps.gov](mailto:Northeast@americorps.gov) (CT, MA, ME, NH, NY, RI, VT)
- [SouthCentral@americorps.gov](mailto:SouthCentral@americorps.gov) (AR, LA, MS, OK, TX)
- [Southeast@americorps.gov](mailto:Southeast@americorps.gov) (AL, FL, GA, NC, SC, TN)
- [West@americorps.gov](mailto:West@americorps.gov) (AK, AS, CA, CNMI, GU, HI, NV, OR, WA)

Costs after termination are allowable if:

    (a) The costs result from financial obligations which were properly incurred before the effective date of termination, and

    (b) costs are for necessary and reasonable termination and closeout activities.

Please follow the program specific instructions below, based on the type of award that is being terminated.

*AmeriCorps State and National*

State commissions and prime grantees should immediately notify subgrantees, operating sites, and members and follow grant close-out procedures. All member activities should cease immediately. Members should be exited for compelling personal circumstances (CPC). The program should document that the member was exited for compelling personal circumstances due to the agency's termination of the grant and program closure. If possible, the program should try to have the member transferred to another program. If this is not possible, the program should note in the CPC documentation that member reassignment was not an option.

*AmeriCorps Seniors*

You are encouraged to notify volunteers, volunteer stations and the Advisory Council. Please also reference Appendix A.3 in your program handbook for close-out guidance.

*AmeriCorps VISTA*

If you have members active on your award/agreement, all members will be removed from your project effective immediately. Further communication will go directly to impacted members and sponsors.

*Volunteer Generation Fund and Days of Service*

Notification of award termination should be sent to all subrecipients and community partners. Communication to subrecipients should include instruction to immediately cease award activity and the [Close Out Instructions for Grantees](#).

*Research and Evaluation*

Notification of award termination should be sent to all subrecipients and community partners.


Jennifer Bastress Tahmasebi

Interim Agency Head