UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

Elev8 Baltimore, Inc., et al.
                        Plaintiff(s)

                                       vs.               Case No: 1:25-cv-01458-MJM

Corporation for National and Community Service, operating as Americorps, et al.
                        Defendant(s)

### AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

I, Morgan Bassett a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons, Civil Cover Sheet, and Complaint

SERVE TO: Nate Cavanaugh, in his official capacity as DOGE Team Lead for Americorps

SERVICE ADDRESS: 250 E Street, SW, Washington, DC 20525

METHOD OF SERVICE: Service was completed by mailing a copy of the documents listed herein to Nate Cavanaugh, in his official capacity as DOGE Team Lead for Americorps, 250 E Street, SW, Washington, DC 20525 on 05/13/2025 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 9414836208551282436256. Service was signed for on 05/29/2025, return receipt attached.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on <u>05/29/2025</u>

                                                                        */s/ Morgan Bassett*
                                                                         Morgan Bassett

                                                                       Client Ref Number:
                                                                       Job #:13260873

*Capitol Process Services, Inc. | 7500 Greenway Center Drive, Suite 420, Greenbelt, Maryland 20770 | (202) 667-0050*

**UNITED STATES POSTAL SERVICE**

May 29, 2025

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number: **9414 8362 0855 1282 4362 56**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Postal Facility |
| **Status Date / Time:** | May 29, 2025, 4:05 am |
| **Location:** | WASHINGTON, DC 20503 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | NATE CAVANAUGH  DOGE TEAM LEAD FOR AMERICORPS |

### Recipient Signature

Signature of Recipient: [signature]

Address of Recipient: [address]

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

Nate Cavanaugh, DOGE Team Lead for Americorps
250 E Street, SW
Washington, DC 20525
Reference #: 13260873