UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

---

*Elev8 Baltimore, Inc., et al.*
        *Plaintiff(s)*

vs.   Case No: 1:25-cv-01458-MJM

*Corporation for National and Community Service, operating as Americorps, et al.*
        *Defendant(s)*

---

## AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

*I, Morgan Bassett a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.*

*DOCUMENT(S): Summons, Civil Cover Sheet, and Complaint*

*SERVE TO: Jennifer Bastress Tahmasebi, in her official capacity as Interim Agency Head of Americorps*

*SERVICE ADDRESS: 250 E Street, SW, Washington, DC 20525*

*METHOD OF SERVICE: Service was completed by mailing a copy of the documents listed herein to Jennifer Bastress Tahmasebi, in her official capacity as Interim Agency Head of Americorps, 250 E Street, SW, Washington, DC 20525 on 05/13/2025 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 9414836208551282437321. Service was signed for on 06/12/2025, return receipt attached.*

*I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.*

*Executed on 06/13/2025*

_____
Morgan Bassett

*Client Ref Number:*
*Job #:13260858*



June 12, 2025

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number: **9414 8362 0855 1282 4373 21**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | June 12, 2025, 11:29 am |
| **Location:** | WASHINGTON, DC 20024 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | JENNIFER BASTRESS TAHMASEBI  INTERIM HEAD |

**Recipient Signature**

| | |
|---|---|
| Signature of Recipient: | *[signature]* |
| Address of Recipient: | 250 E St SW |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

Jennifer Bastress Tahmasebi, Interim Head
250 E Street, SW
Washington, DC 20525
Reference #: 13260858