IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ELEV8 BALTIMORE, INC., et al.<br>*Plaintiffs*,<br><br>v.<br><br>CORPORATION FOR NATIONAL AND COMMUNITY SERVICE, *operating as* AMERICORPS, et al.<br><br>*Defendants*. | Case No. 1:25-cv-01458-MJM |

**PLAINTIFFS' MOTION FOR LEAVE TO SUPPLEMENT THE RECORD**

Plaintiffs respectfully move for leave to supplement the record to include additional declarations addressing Defendants' actions vis-à-vis Judge Boardman's preliminary injunction order issued June 5, 2025. *See Maryland v. Corp. for Nat'l & Comm. Serv.* (*AmeriCorps*), No. 1:25-cv-1363 (D. Md. June 5, 2025).

Plaintiffs filed this litigation on May 5, 2025. ECF No. 1. Given the extraordinary harm, Plaintiffs moved for a preliminary injunction on May 19, 2025. ECF No. 25. In the meantime, on June 5, 2025, Judge Boardman granted a preliminary injunction in *Maryland v. Corp. for Nat'l & Comm. Serv.*, No. 1:25-cv-1363 (D. Md. June 5, 2025), another case—filed on behalf of twenty-four states and the District of Columbia—challenging Defendants' actions. Plaintiffs wish to update their declarations reflecting new facts that have come to light in the days following Judge Boardman's decision for AmeriCorps employees, grantees, and participants. Accordingly, Plaintiffs respectfully move for leave to supplement the record with these declarations.

These declarations are attached as exhibits hereto. Counsel for Plaintiffs has conferred with counsel for the Defendants and Defendants do not oppose this motion. A proposed order is

1

attached.

Dated: June 16, 2025                              Respectfully submitted,

/s/ Norman L. Eisen
Norman L. Eisen [Bar No. 09460]
Tianna J. Mays [Bar No. 21597]
Pooja Chaudhuri [admitted PHV]
Sofia Fernandez Gold [admitted PHV]
Joshua Kolb [admitted PHV]
**DEMOCRACY DEFENDERS FUND**
600 Pennsylvania Avenue SE
Suite 15180
Washington, DC 20003
Tel: (202) 594-9958
Norman@statedemocracydefenders.org
Tianna@statedemocracydefenders.org
Pooja@statedemocracydefenders.org
Sofia@statedemocracydefenders.org
Joshua@statedemocracydefenders.org

*Attorneys for All Plaintiffs*

/s/ Elena S. Goldstein
Elena S. Goldstein [admitted PHV]
Skye Perryman*
**DEMOCRACY FORWARD FOUNDATION**
P.O. Box 34553
Washington, D.C. 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org

*Attorneys for All Plaintiffs*

/s/ Abbe David Lowell
Abbe David Lowell [Bar No. 11863]
Brenna L. Frey [admitted PHV]
Isabella M. Oishi [admitted PHV]
**LOWELL & ASSOCIATES, PLLC**
1250 H Street, N.W.
Second Floor
Washington, D.C. 20005
(202) 964-6110
ALowellpublicoutreach@lowellandassociates.com
BFrey@lowellandassociates.com
IOishi@lowellandassociates.com

*Attorneys for All Plaintiffs*

/s/ Teague P. Paterson
Teague P. Paterson*
Matthew S. Blumin*
Georgina C. Yeomans*
**AMERICAN FEDERATION OF STATE, COUNTY, AND MUNICIPAL EMPLOYEES, AFL-CIO**
1625 L. Street NW
Washington, DC 20036
Tel: (202) 775-5900
Fax: (202) 429-1293
TPaterson@afscme.org
MBlumin@afscme.org
GYeomans@afscme.org

*Attorneys for AMERICORPS EMPLOYEES UNION, Local 2027 of the American Federation of State, County, and Municipal Employees, AFL-CIO*

\* Application for admission or admission pro hac vice pending.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of June, 2025, I electronically served Plaintiffs' Motion for Leave to Supplement the Record and all accompany documents with the Clerk of the Court for the United States Court of the District of Maryland by using the CM/ECF system.

*/s/ Norman L. Eisen*
Norman Eisen [Bar No. 09460]
