IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ELEV8 BALTIMORE, INC., et al., <br>     *Plaintiffs,* <br><br> v. <br><br> CORPORATION FOR NATIONAL AND <br> COMMUNITY SERVICE, *operating as* <br> AMERICORPS, et al., <br><br>     *Defendants.* | Case No. 1:25-cv-01458-MJM |

### ORDER

  For reasons stated in the accompanying Memorandum Opinion, it is this __7th__ day of July, 2025, by the United States District Court for the District of Maryland, hereby ORDERED that Plaintiffs' Motion for Leave to Supplement the Record (ECF No. 41) is GRANTED, and Plaintiffs' Motion for Preliminary Injunction (ECF No. 25) is GRANTED IN PART. Pursuant to Rule 65 of the Federal Rules of Civil Procedure, Defendants, their officers, agents, employees, and attorneys, and any other persons who are in active concert or participation with Defendants Corporation for National and Community Service, Jennifer Bastress Tahmasebi, and Nate Cavanaugh, and their agents, employees, and attorneys, are hereby ORDERED as follows:

  1.  Defendants SHALL REINSTATE to active status all employees who are members of AmeriCorps Employees Union, Local 2027, American Federation of State, County & Municipal Employees, AFL-CIO, and who have been placed on administrative leave since April 15, 2025; SHALL RESTORE such employees' access to AmeriCorps offices, computer systems, and email; SHALL RESCIND any reduction-in-force (RIF) notices issued to such employees since April 15, 2025; and SHALL NOT EFFECTUATE any terminations pursuant to such notices;

2. Defendants are ENJOINED from placing any additional AmeriCorps employees who are members of AmeriCorps Employees Union, Local 2027 on administrative leave, issuing RIF notices to them, or terminating their employment, unless such leave, RIF, or termination is authorized by this Court after Defendants provide legitimate, non-arbitrary, and particularized reasons therefore;

3. Defendants SHALL REINSTATE and RESTORE all NCCC projects, VISTA programs, and AmeriCorps grants, subgrants, contracts, and funding that were awarded or provided to Plaintiffs Elev8 Baltimore Inc., Red Cloud Indian School, Inc./ Maȟpíya Lúta, Bur Oak Land Trust, Partners for Campus-Community Engagement, National College Attainment Network and/or its member organizations, Michigan College Access Network, North Carolina Housing Coalition, Housing & Community Development Network of New Jersey, HandsOn Suburban Chicago, Democracy Maine, The Service Collaborative of WNY, Inc., Rainbow Labs, Seed Coalition, and Aspire Afterschool Learning prior to April 15, 2025, and terminated since that date; and are ENJOINED from pausing, canceling, stopping payment on, or otherwise terminating such projects, programs, grants, subgrants, or contracts that were in effect prior to April 15, 2025, other than for individual grantees' or contractors' non-compliance with applicable grant or contract terms and pursuant to applicable statutory and regulatory procedures;

4. Defendants SHALL RESTORE Plaintiffs J. Doe 1, J. Doe 2, and J. Doe 3 to active service and to credit them for their break in service since April 15, 2025;

5. Defendants SHALL COMPLY with all statutes and appropriations that require AmeriCorps to carry out programs and award grants;

6. Pursuant to Federal Rule of Civil Procedure 65(c), Plaintiffs SHALL POST A BOND of one hundred dollars ($100) per plaintiff with the Clerk of the Court by 5:00 p.m. on July 14, 2025;

7. Defendants are ORDERED to file a status report within 24 hours of the issuance of this Order confirming that all individuals and entities that fall within Federal Rule of Civil Procedure 65(d)(2) have received actual notice of this Order and that Defendants are in compliance with this Order, and every two weeks thereafter for 12 weeks, confirming compliance with this Order;

8. All other relief requested by Plaintiffs in their Motion for a Preliminary Injunction not addressed in this Order is DENIED.

**It is SO ORDERED.**

Dated:   July 7, 2025

_____
MATTHEW J. MADDOX
United States District Judge