IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ELEV8 BALTIMORE, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CORPORATION FOR NATIONAL AND COMMUNITY SERVICE, *operating as* AMERICORPS, *et al.*, <br><br> Defendants. | No. 1:25-cv-01458-MJM |

## STATUS REPORT ON COMPLIANCE

Defendants respectfully submit this status report in accordance with the Order entered July 7, 2025, granting part and denying in part Plaintiffs' Motion for Preliminary Injunction. *See* ECF No. 46 ("Order").

This Court entered a preliminary injunction in the afternoon of July 7, 2025. The Order requires Defendants to, among other things, file a status report within 24 hours of the Order's issuance confirming that all individuals and entities that fall within Federal Rule of Civil Procedure (FRCP) 65(d)(2) have received actual notice of this Order and that Defendants are in compliance with the Order. *Id.* Defendants filed that status report on July 8, 2025. *See* ECF No. 48. Defendants filed a Supplemental Status Report on Compliance on July 10, 2025. *See* ECF No. 49. The Order also requires Defendants to file a status report every two weeks from the July 8, 2025 status report for 12 weeks, confirming compliance with the Order. This status report is the second in a series of six status reports required at two-week intervals.

Defendants respectfully provide the following information:

1. **Reinstatement of Members of AmeriCorps Employees Union, Local 2027**

Defendant AmeriCorps delivered by e-mail to all staff members, including members of Plaintiff AmeriCorps Employees Union, Local 2027 ("Union") a notification on Friday, July 11, 2025, that their reduction-in-force (RIF) notices would be rescinded and provided a response to frequently asked questions (FAQs). *See* Exhibit 1 (all AmeriCorps staff are blind copied). Defendants then delivered by e-mail an official rescission of RIF notices on Thursday, July 17, 2025. *See* Exhibit 2 (AmeriCorps staff who are members of the Union and received RIF notices are blind copied).

Defendants are implementing a staggered return of Union members to active service throughout the month of August 2025, including restoration of each members' access to AmeriCorps offices, computer systems, and e-mail.

Defendants have not effectuated any terminations pursuant to the RIF notices and have not placed any additional AmeriCorps employees who are Union members on administrative leave, issued RIF notices to them, or terminated their employment.

2. **Reinstatement and Restoration of all NCCC Projects, VISTA programs, and AmeriCorps grants, subgrants, contracts, and funding to Plaintiffs**

AmeriCorps has reinstated and restored all VISTA programs and AmeriCorps grants, subgrants, contracts, and funding awarded prior to April 15, 2025, and terminated since that date, to Elev8 Baltimore Inc., Partners for Campus-Community Engagement, National College Attainment Network, Michigan College Access Network, North Carolina Housing Coalition, Housing & Community Development Network of New Jersey, HandsOn Suburban Chicago, Democracy Maine, The Service Collaborative of WNY, Inc., Rainbow Labs, and Seed Coalition.

2

AmeriCorps reinstated grants to Aspire Afterschool Learning, Bur Oak Land Trust, and Red Cloud Indian School, Inc./Mahpiya Luta and notified these programs via e-mail on or about July 8, 2025. No Plaintiff in this case maintained an active NCCC project through AmeriCorps, therefore no reinstatement of an NCCC project is needed.

### 3. Restoration of Plaintiffs J. Doe 1, J. Doe 2, and J. Doe 3

AmeriCorps has requested via counsel the identities of J. Doe 1, J. Doe 2, and J. Doe 3, but counsel has not provided their identities to date. For that reason, AmeriCorps is providing an overview of the reinstatement efforts for both NCCC and VISTA members. AmeriCorps is committed to ensuring that each individual is restored to active service and credited for their break in service since April 15, 2025, or in the event that restoration is not possible due to program end dates, the individual receives the credit for service hours they otherwise would have received.

To the extent individuals participated in AmeriCorps NCCC and expected to graduate in May 2025, they have been credited the service hours they would have earned had they not been demobilized. They have been provided backpay for their living allowance and were given a full education award. To the extent individuals participated in AmeriCorps NCCC and expected to graduate in July 2025, they will be credited the service hours they would have earned had they not been demobilized, be provided backpay for their living allowance, and will be given a full education award. To the extent individuals participated in AmeriCorps NCCC, and expected to graduate in November 2025, they were given the opportunity to have their service term reinstated. If they were willing and able to return to service, they are expected to resume service either at the end of July or mid-August, depending on the program in which they were enrolled in (FEMA Corps or Traditional Corps). Members who indicated that they were not willing and/or

3

able to be reinstated will receive additional information about credited service hours and their education award.

AmeriCorps VISTA has reached out to all sponsors impacted by the April 15, 2025, terminations and has reinstated members at projects where sponsors confirmed they have the staff capacity to supervise VISTA members. Communication efforts are ongoing for sponsors who have failed to respond to AmeriCorps VISTA's reinstatement emails. VISTA members whose placement is with a sponsor who has not yet responded to these reinstatement inquiries remain on Administrative Hold.

### 4. Compliance with Statutes and Appropriations

AmeriCorps is in compliance with all statutes and appropriations that require AmeriCorps to carry out programs and award grants.

Dated: July 22, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ERIC J. HAMILTON
Deputy Assistant Attorney General

JOSEPH E. BORSON
Assistant Branch Director

/s/ Ryan Underwood
RYAN M. UNDERWOOD
(D.C. Bar No. 1656505)
*Trial Attorney*
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel. (202) 305-1952
Email: ryan.m.underwood2@usdoj.gov

*Attorneys for Defendants*