IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ELEV8 BALTIMORE, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>CORPORATION FOR NATIONAL AND COMMUNITY SERVICE, *operating as* AMERICORPS, *et al.*,<br><br>Defendants. | No. 1:25-cv-01458-MJM |

### STATUS REPORT ON COMPLIANCE

Defendants respectfully submit this status report in accordance with the Order entered July 7, 2025, granting part and denying in part Plaintiffs' Motion for Preliminary Injunction. *See* ECF No. 46 ("Order").

This Court entered a preliminary injunction on July 7, 2025. The Order requires Defendants to, among other things, file a status report every two weeks from the initial July 8, 2025, status report for 12 weeks, confirming compliance with the Order. This status report is the third in a series of six status reports required at two-week intervals and, with Plaintiffs' consent, is being filed three business days ahead of the deadline for this report.

Defendants respectfully provide the following information:

**1. Reinstatement of Members of AmeriCorps Employees Union, Local 2027**

Defendant AmeriCorps delivered, on July 11, 2025, an initial notice to all staff members, including members of Plaintiff AmeriCorps Employees Union, Local 2027 ("Union") stating that their reduction-in-force (RIF) notices would be rescinded. Defendants then delivered an official

1

rescission of RIF notices via email on July 17, 2025, to Union members that received RIF notices.

Defendants are implementing a staggered return of Union members to active service throughout the month of August 2025, including restoration of each members' access to AmeriCorps offices, computer systems, and e-mail.

First, AmeriCorps will recall from administrative leave employees who are essential to providing information technology, human capital, and facilities support to employees who will subsequently return to active work status. AmeriCorps is currently in the process of notifying these support staff of their return date, which will generally be Monday, August 4, based on employee availability.

Next, AmeriCorps will recall from administrative leave employees who are essential to providing supervision to the remaining employees who will be returning to active work status. The expected return date for these supervisors is Monday, August 11.

Finally, in order to ensure that IT, human capital, and facilities support is available to all returning employees, AmeriCorps will be onboarding a maximum of 50 people each Monday from August 11 through September 15, providing returning employees with the opportunity to choose their return date. Employees are being given the opportunity to select their return date using the Agency's online booking feature. On July 31, 2025, AmeriCorps notified union members of this information and provided a link to select their return date.

2. **Reinstatement and Restoration of all NCCC Projects, VISTA Programs, and AmeriCorps Grants, Subgrants, Contracts, and Funding to Plaintiffs**

As reported in the last status report, AmeriCorps has reinstated and restored all VISTA programs and AmeriCorps grants, subgrants, contracts, and funding awarded to Plaintiffs prior to

April 15, 2025, and terminated since that date. No contracts were reinstated because no contracts were awarded to Plaintiffs prior to April 15, 2025, and terminated since that date. Likewise, as also reported in the last status report, no NCCC projects were restored because no Plaintiff in this case maintained an active NCCC project through AmeriCorps.

### 3. Restoration of Plaintiffs J. Doe 1, J. Doe 2, and J. Doe 3

AmeriCorps requested via counsel the identities of J. Doe 1, J. Doe 2, and J. Doe 3, but counsel has not provided their identities to date. For that reason, AmeriCorps is providing an overview of the reinstatement efforts for both NCCC and VISTA members. AmeriCorps is committed to ensuring that each individual is restored to active service and credited for their break in service since April 15, 2025, or in the event that restoration is not possible due to program end dates, the individual receives the credit for service hours they otherwise would have received.

On or around July 17, 2025, AmeriCorps notified individuals who participated in AmeriCorps NCCC and expected to graduate in July 2025 that they will be credited the service hours they would have earned had they not been demobilized, be provided backpay for their living allowance, and will be given a full education award. AmeriCorps expects these actions to be completed by the end of August and advised participants to update their direct deposit information.

AmeriCorps provided individuals who participated in AmeriCorps NCCC and expected to graduate in November 2025 with the opportunity to have their service term reinstated. FEMA Corps members who indicated they were willing and able to return to service were reinstated on July 28 (Team Leaders were reinstated on July 22). A total of 32 FEMA Corps participants have returned to service. Traditional Corps members who indicate they are willing and able to return

to service are expected to resume service in August with Team Leaders expected to arrive on August 4 and Corps Members on August 12. As of the date of this report, 17 Traditional Corps members have confirmed they are returning to service.

On or around July 17, AmeriCorps also notified members who indicated that they were not willing and/or able to be reinstated, providing them additional information regarding their credited service hours and their education award.

AmeriCorps VISTA has reached out to all sponsors impacted by the April 15, 2025, terminations and has reinstated members at projects where sponsors confirmed they have the staff capacity to supervise VISTA members. As of the filing of this report, 203 VISTA members have been returned to service. Sponsors who have failed to respond after being given several opportunities to do so are being notified that AmeriCorps VISTA will be closing out their awards. Fourteen sponsors have remained non-responsive to communication from AmeriCorps VISTA. Members with a non-responsive sponsor who have not been able to find another assignment are being exited on or after August 1, with no negative impact on their service record due to a lack of suitable service opportunities.

4. **Compliance with Statutes and Appropriations**

AmeriCorps is in compliance with all statutes and appropriations that require AmeriCorps to carry out programs and award grants.

Dated: August 1, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ERIC J. HAMILTON
Deputy Assistant Attorney General

JOSEPH E. BORSON
Assistant Branch Director

RYAN M. UNDERWOOD
(D.C. Bar No. 1656505)
*Trial Attorney*
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel. (202) 305-1952
Email: ryan.m.underwood2@usdoj.gov

*Attorneys for Defendants*