IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ELEV8 BALTIMORE, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CORPORATION FOR NATIONAL AND COMMUNITY SERVICE, *operating as* AMERICORPS, *et al.*, <br><br> Defendants. | No. 1:25-cv-01458-MJM |

**STATUS REPORT ON COMPLIANCE**

Defendants respectfully submit this status report in accordance with the Order entered July 7, 2025, granting in part and denying in part Plaintiffs' Motion for Preliminary Injunction. *See* ECF No. 46 ("Order").

This Court entered a preliminary injunction on July 7, 2025. The Order requires Defendants to, among other things, file a status report every two weeks from the initial July 8, 2025, status report for 12 weeks, confirming compliance with the Order. This status report is the fifth in a series of six status reports required at two-week intervals.

Defendants respectfully provide the following information:

1. **Reinstatement of Members of AmeriCorps Employees Union, Local 2027**

Defendant AmeriCorps delivered, on July 11, 2025, an initial notice to all staff members, including members of Plaintiff AmeriCorps Employees Union, Local 2027 ("Union") stating that their reduction-in-force (RIF) notices would be rescinded. Defendants then delivered an official

rescission of RIF notices via email on July 17, 2025, to Union members that received RIF notices.

Defendants completed a staggered return of Union members to active service throughout the month of August, including restoration of each members' access to AmeriCorps offices, computer systems, and e-mail.

First, AmeriCorps recalled from administrative leave, employees who are essential to providing information technology, human capital, and facilities support to employees who will subsequently return to active work status. These support staff returned on Monday, August 4.

Next, AmeriCorps recalled from administrative leave, employees who are essential to providing supervision to the remaining employees who will be returning to active work status. These supervisors returned on Monday, August 11.

Finally, AmeriCorps completed three waves of onboarding, completed each Monday between August 11 and August 25. All Union member staff who were willing and able to return to active work status at AmeriCorps have returned. Employees were given the opportunity to select their return date using the Agency's online booking feature.

2. **Reinstatement and Restoration of all NCCC Projects, VISTA Programs, and AmeriCorps Grants, Subgrants, Contracts, and Funding to Plaintiffs**

As reported in the last status report, AmeriCorps has reinstated and restored all VISTA programs and AmeriCorps grants, subgrants, contracts, and funding awarded to Plaintiffs prior to April 15, 2025, and terminated since that date. No contracts were reinstated because no contracts were awarded to Plaintiffs prior to April 15, 2025, and terminated since that date. Likewise, as also reported in the last status report, no NCCC projects were restored because no Plaintiff in this case maintained an active NCCC project through AmeriCorps.

3. **Restoration of Plaintiffs J. Doe 1, J. Doe 2, and J. Doe 3**

AmeriCorps requested via counsel the identities of J. Doe 1, J. Doe 2, and J. Doe 3, but counsel has not provided their identities to date. For that reason, AmeriCorps previously provided an overview of the reinstatement efforts for both NCCC and VISTA members. AmeriCorps is committed to ensuring that each individual is restored to active service and credited for their break in service since April 15, 2025, or in the event that restoration is not possible due to program end dates, the individual receives the credit for service hours they otherwise would have received.

AmeriCorps NCCC members who expected to graduate in July 2025 were provided backpay for their living allowance, and received a full education award.

AmeriCorps NCCC provided members who were willing and able to return to service, the opportunity to reinstate their service term. In total, 32 members were reinstated to FEMA Corps and 17 members were reinstated to the Traditional Corps.

AmeriCorps NCCC members who indicated that they were not willing and/or able to be reinstated, were provided with additional information regarding their credited service hours and their education award.

AmeriCorps VISTA reached out to all sponsors impacted by the April 15, 2025, terminations and has reinstated members at projects where sponsors confirmed they have the staff capacity to supervise VISTA members, with 310 VISTA members returning to service. Sponsors who did not respond to AmeriCorps VISTA were notified that their awards would be closed out. Members with a non-responsive sponsor, who were not able to find another assignment, were exited from the program with no negative impact on their service record due to a lack of suitable service opportunities.

4. **Compliance with Statutes and Appropriations**

AmeriCorps is in compliance with all statutes and appropriations that require AmeriCorps to carry out programs and award grants.

Dated: September 2, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ERIC J. HAMILTON
Deputy Assistant Attorney General

JOSEPH E. BORSON
Assistant Branch Director

         /s/
RYAN M. UNDERWOOD
(D.C. Bar No. 1656505)
*Trial Attorney*
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel. (202) 305-1952
Email: ryan.m.underwood2@usdoj.gov

*Attorneys for Defendants*