UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ELEV8 BALTIMORE, INC., *et al.*,<br>*Plaintiffs*,<br><br>v.<br><br>CORPORATION FOR NATIONAL AND<br>COMMUNITY SERVICE, *operating as*<br>AMERICORPS, *et al.*,<br>*Defendants*. | Civil Action No. 1:25-cv-01458<br>(MJM) |

**PARTIES' JOINT STIPULATION REGARDING STATUS OF
FISCAL YEAR 2025 AMERICORPS FUNDS**

Plaintiffs' Amended Complaint alleged that OMB and AmeriCorps were withholding a portion of AmeriCorps' congressional appropriation, and that new and recompete grantees in various AmeriCorps programs were not receiving awards due to that withholding.

Defendants represent as follows:

1) As of August 27, 2025, OMB has apportioned and allocated the remainder of the Fiscal Year 2025 funds appropriated to AmeriCorps by Congress;

2) OMB has approved the spend plan for the remaining $184,898,010 of AmeriCorps funds;

3) All Fiscal Year 2025 funds appropriated to AmeriCorps by Congress have now been apportioned and allocated;

4) AmeriCorps is now working to obligate the remaining Fiscal Year 2025 funding by the end of the fiscal year on September 30, 2025, including to all members of the Proposed Class whom AmeriCorps had notified that their new or recompete grant applications had been approved pending release of FY 2025 funds; and

5) AmeriCorps plans to obligate all $184,898,010 in remaining Fiscal Year 2025 funds as quickly as possible and by September 30, 2025.

On the basis of these reservations, Plaintiffs will forgo moving for a preliminary injunction on the Class Claims at this time, reserving the right to move at a later date if Defendants are unable to execute their current plans.

Dated: September 4, 2025                                   Respectfully submitted,

/s/ Tianna J. Mays                                         BRETT A. SHUMATE
Tianna J. Mays [Bar No. 21597]                             Assistant Attorney General
Norman L. Eisen [Bar No. 09460]
Pooja Chaudhuri [admitted PHV]                             JOSEPH E. BORSON
Sofia Fernandez Gold [admitted PHV]                        Assistant Branch Director
**DEMOCRACY DEFENDERS FUND**
600 Pennsylvania Ave. SE                                   /s/ Ryan Underwood
Suite 15180                                                Ryan M. Underwood (D.C. Bar No. 1656505)
Washington, DC 20003                                       *Trial Attorney*
Tel: (202) 594-9958                                        U.S. Department of Justice Civil Division
Norman@democracydefenders.org                              Federal Programs Branch
Tianna@democracydefenders.org                              1100 L Street, N.W.
Pooja@democracydefenders.org                               Washington, DC 20005 Tel. (202) 305-1952
Sofia@democracydefenders.org                               Email: ryan.m.underwood2@usdoj.gov

*Attorneys for All Plaintiffs*                             *Attorney for Defendants*


/s/ Elena S. Goldstein
Elena S. Goldstein [admitted PHV]
Skye Perryman [admitted PHV]
Jeffrey Dubner*
**DEMOCRACY FORWARD**
**FOUNDATION**
P.O. Box 34553
Washington, D.C. 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org

*Attorneys for All Plaintiffs*

2

*/s/ Abbe David Lowell*
Abbe David Lowell [Bar No. 11863]
Brenna L. Frey [admitted PHV]
Isabella M. Oishi [admitted PHV]
**LOWELL & ASSOCIATES, PLLC**
1250 H St. NW
Second Floor
Washington, D.C. 20005
(202) 964-6110
ALowellpublicoutreach@lowellandassociates.com
BFrey@lowellandassociates.com
IOishi@lowellandassociates.com

*Attorneys for All Plaintiffs*


*/s/ Teague P. Paterson*
Teague P. Paterson*
Matthew S. Blumin*
Georgina C. Yeomans*
**AMERICAN FEDERATION OF STATE, COUNTY, AND MUNICIPAL EMPLOYEES, AFL-CIO**
1625 L. Street NW
Washington, DC 20036
Tel: (202) 775-5900
Fax: (202) 429-1293
TPaterson@afscme.org
MBlumin@afscme.org
GYeomans@afscme.org

*Attorneys for AMERICORPS EMPLOYEES UNION, Local 2027 of the American Federation of State, County, and Municipal Employees, AFL-CIO*

* Application for admission or admission pro hac vice forthcoming.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 4th day of September 2025, a copy of the foregoing documents was served electronically on all parties receiving service via CM/ECF in this case.

/s/ *Tianna J. Mays*
Tianna J. Mays [Bar No. 21597]
