IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ELEV8 BALTIMORE, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CORPORATION FOR NATIONAL AND COMMUNITY SERVICE, *operating as* AMERICORPS, *et al.*, <br><br> Defendants. | No. 1:25-cv-01458-MJM |

## JOINT STATUS REPORT

The parties respectfully and jointly submit this status report in accordance with the Order entered October 29, 2025, staying all current deadlines until further order of the Court and requiring the parties to file a "joint status report no later than 14 days after legislation is signed restoring appropriations" to the federal government. ECF No. 72. Appropriations were restored to the federal government on November 12, 2025.

Plaintiffs and Defendants file this joint status report confirming that the parties are continuing to confer regarding next steps in this litigation and will update the Court when the parties have reached an agreement.

Accordingly, the parties respectfully request that the Court hold all deadlines in abeyance pending submission of a subsequent joint status report.

Dated: November 26, 2025

Respectfully submitted,

*/s/ Norman L. Eisen*
Norman L. Eisen [Bar No. 09460]
Tianna J. Mays [Bar No. 21597]
Pooja Chaudhuri [admitted PHV]
Sofia Fernandez Gold [admitted PHV]
**DEMOCRACY DEFENDERS FUND**
600 Pennsylvania Ave. SE, Suite 15180
Washington, DC 20003
Tel: (202) 594-9958

*Attorneys for All Plaintiffs*

*/s/ Elena S. Goldstein*
Elena S. Goldstein [admitted PHV]
Skye Perryman [admitted PHV]
Jeffrey Dubner*
**DEMOCRACY FORWARD FOUNDATION**
P.O. Box 34553
Washington, D.C. 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org

*Attorneys for All Plaintiffs*

*/s/ Abbe David Lowell*
Abbe David Lowell [Bar No. 11863]
Isabella M. Oishi [admitted PHV]
**LOWELL & ASSOCIATES, PLLC**
1250 H St. NW, Second Floor
Washington, D.C. 20005
Tel: (202) 964-6110
ALowellpublicoutreach@lowellandassociates.com
IOishi@lowellandassociates.com

*Attorneys for All Plaintiffs*

BRETT A. SHUMATE
Assistant Attorney General

ERIC J. HAMILTON
Deputy Assistant Attorney General

JOSEPH E. BORSON
Assistant Branch Director

/s/ *Ryan M. Underwood*
RYAN M. UNDERWOOD
(D.C. Bar No. 1656505)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel. (202) 305-1952
Email: ryan.m.underwood2@usdoj.gov

*Attorneys for Defendants*

*/s/ Teague P. Paterson*
Teague P. Paterson*
Matthew S. Blumin*
Georgina C. Yeomans*
**AMERICAN FEDERATION OF STATE, COUNTY, AND MUNICIPAL EMPLOYEES, AFL-CIO**
1625 L. Street NW
Washington, DC 20036
Tel: (202) 775-5900
Fax: (202) 429-1293
TPaterson@afscme.org
MBlumin@afscme.org
GYeomans@afscme.org

*Attorneys for AMERICORPS EMPLOYEES UNION, Local 2027 of the American Federation of State, County, and Municipal Employees, AFL-CIO*