IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ELEV8 BALTIMORE, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>CORPORATION FOR NATIONAL AND COMMUNITY SERVICE, *operating as* AMERICORPS, *et al.*,<br><br>Defendants. | No. 1:25-cv-01458-MJM |

**JOINT MOTION FOR EXTENSION OF TIME**

The parties respectfully and jointly request an extension of time to file their joint status report, currently due on February 2, 2026. The current continuing resolution funding the Corporation for National and Community Service (AmeriCorps) expires January 30, 2026. *See* Pub. L. No. 119-37, 139 Stat. 495, 497 § 106. Congress has not yet passed a bill that would fund AmeriCorps past that date. Given that AmeriCorps' appropriations and any conditions attached thereto may bear on the issues in this case, the parties agree that submitting the joint status report after the agency's appropriation is signed into law would be most productive.

Accordingly, the parties respectfully request an extension of time to submit their joint status report no later than fourteen days after an appropriations bill is passed and signed into law.

Dated: January 29, 2026

Respectfully submitted,

*/s/ Norman L. Eisen*
Norman L. Eisen [Bar No. 09460]
Tianna J. Mays [Bar No. 21597]
Pooja Chaudhuri [admitted PHV]

Sofia Fernandez Gold [admitted PHV]
**DEMOCRACY DEFENDERS FUND**
600 Pennsylvania Ave. SE, Suite 15180
Washington, DC 20003
Tel: (202) 594-9958
Norman@statedemocracydefenders.org
Tianna@statedemocracydefenders.org
Pooja@statedemocracydefenders.org
Sofia@statedemocracydefenders.org

*Attorneys for All Plaintiffs*


*/s/ Elena S. Goldstein*
Elena S. Goldstein [admitted PHV]
Skye Perryman [admitted PHV]
Jeffrey Dubner*
**DEMOCRACY FORWARD FOUNDATION**
P.O. Box 34553
Washington, D.C. 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org
jdubner@c.democracyforward.org

*Attorneys for All Plaintiffs*


*/s/ Abbe David Lowell*
Abbe David Lowell [Bar No. 11863]
Isabella M. Oishi [admitted PHV]
**LOWELL & ASSOCIATES, PLLC**
1250 H St. NW, Second Floor
Washington, D.C. 20005
Tel: (202) 964-6110
ALowellpublicoutreach@lowellandassociates.com
IOishi@lowellandassociates.com

*Attorneys for All Plaintiffs*


*/s/ Teague P. Paterson*
Teague P. Paterson*

Matthew S. Blumin [Bar No. 31774]
Georgina C. Yeomans [Bar No. 31697]
**AMERICAN FEDERATION OF STATE, COUNTY, AND MUNICIPAL EMPLOYEES, AFL-CIO**
1625 L. Street NW
Washington, DC 20036
Tel: (202) 775-5900
Fax: (202) 429-1293
TPaterson@afscme.org
MBlumin@afscme.org
GYeomans@afscme.org

*Attorneys for AMERICORPS EMPLOYEES UNION, Local 2027 of the American Federation of State, County, and Municipal Employees, AFL-CIO*

/s/ *Ryan M. Underwood*
Ryan M. Underwood
(D.C. Bar No. 1656505)
*Trial Attorney*
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel. (202) 305-1952
Email: ryan.m.underwood2@usdoj.gov

*Attorney for Defendants*

*\* Application for admission or admission pro hac vice forthcoming.*