IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ELEV8 BALTIMORE, INC., *et al.*,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>CORPORATION FOR NATIONAL AND COMMUNITY SERVICE, *operating as* AMERICORPS, *et al.*,<br><br>　　　　　　　　Defendants. | Case No. 1:25-cv-01458-MJM |

## JOINT STATUS REPORT

Pursuant to this Court's Order, ECF No. 77, the parties respectfully submit the following Joint Status Report. The parties agree that the stay of this case should be lifted. The parties also agree that the next step toward resolution of this case should be Defendants' production of the administrative record. The parties jointly propose that the production of the administrative record take place on or before March 20, 2026.

The parties disagree at this time as to the need for discovery. Because the material produced in the administrative record may inform the scope of discovery that is necessary, the parties propose that they meet and confer after Plaintiffs have had adequate time to review the administrative record to attempt to reach agreement on the next steps in this case. Accordingly, the parties respectfully request the Court adopt the following schedule:

- **March 20, 2026:** Defendants to produce the administrative record.
- **April 17, 2026:** Parties to file a joint status report.

Dated: February 17, 2026

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　*/s/ Norman L. Eisen*
　　　　　　　　　　　　　　　　　　　　　　Norman L. Eisen [Bar No. 09460]
　　　　　　　　　　　　　　　　　　　　　　Tianna J. Mays [Bar No. 21597]
　　　　　　　　　　　　　　　　　　　　　　Pooja Chaudhuri [admitted PHV]
　　　　　　　　　　　　　　　　　　　　　　Sofia Fernandez Gold [admitted PHV]
　　　　　　　　　　　　　　　　　　　　　　**DEMOCRACY DEFENDERS FUND**

600 Pennsylvania Ave. SE, Suite 15180
Washington, DC 20003
Tel: (202) 594-9958
Norman@statedemocracydefenders.org
Tianna@statedemocracydefenders.org
Pooja@statedemocracydefenders.org
Sofia@statedemocracydefenders.org

*Attorneys for All Plaintiffs*


*/s/ Elena S. Goldstein*
Elena S. Goldstein [admitted PHV]
Skye Perryman [admitted PHV]
Jeffrey Dubner [admitted PHV]
**DEMOCRACY FORWARD FOUNDATION**
P.O. Box 34553
Washington, D.C. 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org
jdubner@c.democracyforward.org

*Attorneys for All Plaintiffs*


*/s/ Abbe David Lowell*
Abbe David Lowell [Bar No. 11863]
Isabella M. Oishi [admitted PHV]
**LOWELL & ASSOCIATES, PLLC**
1250 H St. NW, Second Floor
Washington, D.C. 20005
Tel: (202) 964-6110
ALowellpublicoutreach@lowellandassociates.com
IOishi@lowellandassociates.com

*Attorneys for All Plaintiffs*


*/s/ Teague P. Paterson*
Teague P. Paterson*
Matthew S. Blumin [Bar No. 31774]
Georgina C. Yeomans [Bar No. 31697]
**AMERICAN FEDERATION OF STATE, COUNTY, AND MUNICIPAL EMPLOYEES, AFL-CIO**
1625 L. Street NW
Washington, DC 20036

2

Tel: (202) 775-5900
Fax: (202) 429-1293
TPaterson@afscme.org
MBlumin@afscme.org
GYeomans@afscme.org

*Attorneys for AMERICORPS EMPLOYEES UNION, Local 2027 of the American Federation of State, County, and Municipal Employees, AFL-CIO*


BRETT A. SHUMATE
Assistant Attorney General

JOSEPH E. BORSON
Assistant Branch Director
Federal Programs Branch

/s/ *Ryan M. Underwood*
Ryan M. Underwood
(D.C. Bar No. 1656505)
*Trial Attorney*
**U.S. Department of Justice**
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel. (202) 305-1952
Email: ryan.m.underwood2@usdoj.gov

*Attorneys for Defendants*


*\* Application for admission or admission pro hac vice forthcoming.*