**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

|  |  |
|---|---|
| ELEV8 BALTIMORE, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>CORPORATION FOR NATIONAL AND COMMUNITY SERVICE, *operating as* AMERICORPS, *et al.*,<br><br>Defendants. | No. 1:25-cv-01458-MJM |

## JOINT MOTION TO STAY LITIGATION DEADLINES

The parties respectfully move for a four-week stay of all litigation deadlines to permit further discussions as to a potential negotiated resolution of this case. The basis for this request is as follows.

1.      On February 17, 2026, the parties filed a Joint Status Report stating that the previous stay should be lifted and that the parties had agreed that the next step in the litigation would be Defendants' production of an administrative record. The Court subsequently ordered the stay lifted, the Defendants to produce the administrative record by March 20, 2026, and the parties to file a joint status report by April 17, 2026

2.      Since then, the parties have engaged in additional discussion as to the feasibility of resolution without the need for motion practice. The parties require additional time to determine if such a negotiated resolution is feasible.

3.      To conserve the resources of the parties and the Court, the parties respectfully request a stay of all litigation deadlines for four weeks, including the March 20, 2026, deadline

to produce the administrative record, to allow the parties to negotiate. This stay would not affect Plaintiffs' ability to enforce the existing preliminary injunction.

4.    The parties further propose that on or before April 20, 2026, the parties will file a joint status report, updating the Court as to the parties' proposed next steps in this case, including a new date for production of the administrative record. A proposed order is attached.

Dated: March 19, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ERIC J. HAMILTON
Deputy Assistant Attorney General

JOSEPH E. BORSON
Assistant Branch Director

_____/s/_____
RYAN M. UNDERWOOD
(D.C. Bar No. 1656505)
*Trial Attorney*
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel. (202) 305-1952
Email: ryan.m.underwood2@usdoj.gov

*Attorneys for Defendants*

*/s/ Norman L. Eisen*
Norman L. Eisen [Bar No. 09460]
Tianna J. Mays [Bar No. 21597]
Pooja Chaudhuri [admitted PHV]
Sofia Fernandez Gold [admitted PHV]
**DEMOCRACY DEFENDERS FUND**
600 Pennsylvania Ave. SE, Suite 15180
Washington, DC 20003
Tel: (202) 594-9958
Norman@statedemocracydefenders.org
Tianna@statedemocracydefenders.org
Pooja@statedemocracydefenders.org

2

Sofia@statedemocracydefenders.org

*Attorneys for All Plaintiffs*


*/s/ Elena S. Goldstein*
Elena S. Goldstein [admitted PHV]
Skye Perryman [admitted PHV]
Jeffrey Dubner [admitted PHV]
**DEMOCRACY FORWARD
FOUNDATION**
P.O. Box 34553
Washington, D.C. 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org
jdubner@c.democracyforward.org

*Attorneys for All Plaintiffs*


*/s/ Abbe David Lowell*
Abbe David Lowell [Bar No. 11863]
Isabella M. Oishi [admitted PHV]
**LOWELL & ASSOCIATES, PLLC**
1250 H St. NW, Second Floor
Washington, D.C. 20005
Tel: (202) 964-6110
ALowellpublicoutreach@lowellandassociate
s.com
IOishi@lowellandassociates.com

*Attorneys for All Plaintiffs*


*/s/ Teague P. Paterson*
Teague P. Paterson*
Matthew S. Blumin [Bar No. 31774]
Georgina C. Yeomans [Bar No. 31697]
**AMERICAN FEDERATION OF STATE,
COUNTY, AND MUNICIPAL
EMPLOYEES, AFL-CIO**
1625 L. Street NW
Washington, DC 20036
Tel: (202) 775-5900

3

Fax: (202) 429-1293
TPaterson@afscme.org
MBlumin@afscme.org
GYeomans@afscme.org

*Attorneys for AMERICORPS EMPLOYEES
UNION, Local 2027 of the American
Federation of State, County, and Municipal
Employees, AFL-CIO*

4