**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

ELEV8 BALTIMORE, INC., *et al.*,

Plaintiffs,

v.

CORPORATION FOR NATIONAL AND
COMMUNITY SERVICE, *operating as*
AMERICORPS, *et al.*,

Defendants.

No. 1:25-cv-01458-MJM

## JOINT MOTION FOR EXTENSION OF TIME

The parties respectfully and jointly request a four-week extension of time to file their joint status report, from May 18, 2026 to June 15, 2026.

On February 17, 2026, the parties filed a Joint Status Report stating that the previous stay should be lifted and that the parties had agreed that the next step in the litigation would be Defendants' production of an administrative record. ECF No. 80. The Court subsequently ordered the stay lifted, the Defendants to produce the administrative record by March 20, 2026, and the parties to file a joint status report by April 17, 2026. ECF No. 81.

Since then, the parties have engaged in additional discussion as to the feasibility of resolution without the need for motion practice.

On March 19, 2026, the parties filed a Joint Motion to Stay Litigation Deadlines by four weeks to further evaluate the feasibility of such a resolution, proposing that the parties file a joint status report by April 20, 2026. ECF No. 82. The Court subsequently granted the motion. ECF

No. 83. The parties filed another motion to stay until May 18, 2026, which the Court also granted. ECF No. 85.

The parties require additional time to determine if such a negotiated resolution is feasible. Accordingly, the parties respectfully request a four-week extension of time to file their joint status report, to June 15, 2026.

Dated: May 18, 2026

Respectfully submitted,

*/s/ Norman L. Eisen*
Norman L. Eisen [Bar No. 09460]
Tianna J. Mays [Bar No. 21597]
Pooja Chaudhuri [admitted PHV]
Sofia Fernandez Gold [admitted PHV]
**DEMOCRACY DEFENDERS FUND**
600 Pennsylvania Ave. SE, Suite 15180
Washington, DC 20003
Tel: (202) 594-9958
Norman@statedemocracydefenders.org
Tianna@statedemocracydefenders.org
Pooja@statedemocracydefenders.org
Sofia@statedemocracydefenders.org

*Attorneys for All Plaintiffs*

*/s/ Elena S. Goldstein*
Elena S. Goldstein [admitted PHV]
Skye Perryman [admitted PHV]
Jeffrey Dubner [admitted PHV]
**DEMOCRACY FORWARD
FOUNDATION**
P.O. Box 34553
Washington, D.C. 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org
jdubner@c.democracyforward.org

*Attorneys for All Plaintiffs*

/s/ Abbe David Lowell
Abbe David Lowell [Bar No. 11863]
Isabella M. Oishi [admitted PHV]
**LOWELL & ASSOCIATES, PLLC**
1250 H St. NW, Second Floor
Washington, D.C. 20005
Tel: (202) 964-6110
ALowellpublicoutreach@lowellandassociates.com
IOishi@lowellandassociates.com

*Attorneys for All Plaintiffs*


/s/ Teague P. Paterson
Teague P. Paterson*
Matthew S. Blumin [Bar No. 31774]
Georgina C. Yeomans [Bar No. 31697]
**AMERICAN FEDERATION OF STATE, COUNTY, AND MUNICIPAL EMPLOYEES, AFL-CIO**
1625 L. Street NW
Washington, DC 20036
Tel: (202) 775-5900
Fax: (202) 429-1293
TPaterson@afscme.org
MBlumin@afscme.org
GYeomans@afscme.org

*Attorneys for AMERICORPS EMPLOYEES UNION, Local 2027 of the American Federation of State, County, and Municipal Employees, AFL-CIO*


___/s/ Ryan M. Underwood____
Ryan M. Underwood
(D.C. Bar No. 1656505)
*Trial Attorney*
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel. (202) 305-1952

Email: ryan.m.underwood2@usdoj.gov

*Attorney for Defendants*

*\* Application for admission or admission pro hac vice forthcoming.*