**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

ELEV8 BALTIMORE, INC., *et al.*,

Plaintiffs,

v.

CORPORATION FOR NATIONAL AND
COMMUNITY SERVICE, *operating as*
AMERICORPS, *et al*.,

Defendants.

No. 1:25-cv-01458-MJM

## ORDER

Upon consideration of the Parties' Joint Motion for an Extension, it is hereby

ORDERED that the request is GRANTED.

All pending deadlines in this matter are stayed and the parties shall file a joint status report

on **July 13, 2026**, updating the Court as to the parties' proposed next steps in this case.

It is so ORDERED.

_____6/16/2026_____                _____/S/_____
Date                                             The Honorable Matthew J. Maddox
                                                 United States District Judge