## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| ELEV8 BALTIMORE, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>CORPORATION FOR NATIONAL AND COMMUNITY SERVICE, *operating as* AMERICORPS, *et al.*,<br><br>Defendants. | No. 1:25-cv-01458-MJM |

### JOINT MOTION FOR AN EXTENSION OF TIME

The parties respectfully and jointly request a four-week extension of time to file their joint status report, from July 13, 2026 to August 10, 2026.

On March 19, 2026, the parties filed a Joint Motion to Stay Litigation Deadlines by four weeks to further evaluate the feasibility of resolution without further litigation, proposing that the parties file a joint status report by April 20, 2026. ECF No. 82. The Court subsequently granted the motion. ECF No. 83. The parties filed another motion to stay until May 18, 2026, which the Court also granted. ECF No. 85. The parties sought a subsequent motion to stay until June 15, 2026, ECF No. 86, which the Court also granted, ECF No. 87. That parties' most recent stay motion moved their deadline to July 13, 2026. ECF Nos. 88, 89.

The parties require additional time to determine if such a negotiated resolution is feasible. Accordingly, the parties respectfully request a four-week extension of time to file their joint status report, to August 10, 2026.

A proposed order is attached.

Dated: July 13, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ERIC J. HAMILTON
Deputy Assistant Attorney General

JOSEPH E. BORSON
Assistant Branch Director

_____/s/_____
RYAN M. UNDERWOOD
(D.C. Bar No. 1656505)
*Trial Attorney*
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel. (202) 305-1952
Email: ryan.m.underwood2@usdoj.gov

*Attorneys for Defendants*

*/s/ Norman L. Eisen*
Norman L. Eisen [Bar No. 09460]
Tianna J. Mays [Bar No. 21597]
Pooja Chaudhuri [admitted PHV]
Sofia Fernandez Gold [admitted PHV]
**DEMOCRACY DEFENDERS FUND**
600 Pennsylvania Ave. SE, Suite 15180
Washington, DC 20003
Tel: (202) 594-9958
Norman@statedemocracydefenders.org
Tianna@statedemocracydefenders.org
Pooja@statedemocracydefenders.org
Sofia@statedemocracydefenders.org

*Attorneys for All Plaintiffs*

*/s/ Elena S. Goldstein*
Elena S. Goldstein [admitted PHV]
Skye Perryman [admitted PHV]

Jeffrey Dubner [admitted PHV]
**DEMOCRACY FORWARD**
**FOUNDATION**
P.O. Box 34553
Washington, D.C. 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org
jdubner@c.democracyforward.org

*Attorneys for All Plaintiffs*


/s/ *Abbe David Lowell*
Abbe David Lowell [Bar No. 11863]
Isabella M. Oishi [admitted PHV]
**LOWELL & ASSOCIATES, PLLC**
1250 H St. NW, Second Floor
Washington, D.C. 20005
Tel: (202) 964-6110
ALowellpublicoutreach@lowellandassociate
s.com
IOishi@lowellandassociates.com

*Attorneys for All Plaintiffs*


/s/ *Teague P. Paterson*
Teague P. Paterson [Bar No. 32283]
Matthew S. Blumin [Bar No. 31774]
Georgina C. Yeomans [Bar No. 31697]
**AMERICAN FEDERATION OF STATE,**
**COUNTY, AND MUNICIPAL**
**EMPLOYEES, AFL-CIO**
1625 L. Street NW
Washington, DC 20036
Tel: (202) 775-5900
Fax: (202) 429-1293
TPaterson@afscme.org
MBlumin@afscme.org
GYeomans@afscme.org

*Attorneys for AMERICORPS EMPLOYEES*

3

*UNION, Local 2027 of the American Federation of State, County, and Municipal Employees, AFL-CIO*