**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

ELEV8 BALTIMORE, INC., *et al.*,

Plaintiffs,

v.

CORPORATION FOR NATIONAL AND COMMUNITY SERVICE, *operating as* AMERICORPS, *et al.*,

Defendants.

No. 1:25-cv-01458-MJM

**ORDER**

Upon consideration of the Parties' Joint Motion for Extension of Time, it is hereby ORDERED that the request is GRANTED.

The parties shall file a joint status report on **October 6, 2026**, updating the Court as to the parties' proposed next steps in this case.

It is so ORDERED.

9/9/26
Date

/S/
The Honorable Matthew J. Maddox
United States District Judge